UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIK EID,<br><br>      Plaintiff,<br><br>v.<br><br>CRAB ADDISON, INC., et al.,<br><br>      Defendants. | Case No. 16-cv-05967-TEH<br><br>**ORDER RE: NOTICES OF BANKRUPTCY** |

Defendants Ignite Restaurant Group, Inc. and Crab Addison, Inc. filed notices of bankruptcy on June 7, 2017. These are the only two named defendants, and it therefore appears proper to stay the entire action pursuant to 11 U.S.C. § 362.

As a result, the Court is inclined to close the case administratively. This would have the effect of removing the case as an active case on the Court's docket but would not be considered a dismissal or disposition of the action. If further proceedings become necessary or desirable, any party would be able to initiate those proceedings in the same manner as if the case were not administratively closed.

Any party objecting to this procedure must file a statement describing the basis for the objection on or before **June 19, 2017**.

**IT IS SO ORDERED.**

Dated: 06/12/17

THELTON E. HENDERSON
United States District Judge