UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIK EID,<br><br>    Plaintiff,<br><br>    v.<br><br>CRAB ADDISON, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-05967-TEH<br><br>**ORDER CLOSING CASE ADMINISTRATIVELY** |

Both Defendants filed notices of bankruptcy on June 7, 2017, and this case is therefore automatically stayed pursuant to 11 U.S.C. § 362. On June 12, 2017, the Court issued an order indicating its inclination to close the case administratively and requiring any objections to be filed by June 19, 2017. No objections were received.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall close this file for administrative purposes. This is not a dismissal or final disposition of the case. If further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this case were not administratively closed.

**IT IS SO ORDERED.**

Dated: 06/20/17

                                          THELTON E. HENDERSON
                                          United States District Judge